# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| SHEENA CHERRY, | : | CASE NO. 3:19-CV-00344-TMR |
| Plaintiff, | : | JUDGE THOMAS M. ROSE |
| v. | : | |
| ROCKING HORSE CHILDREN'S HEALTH CENTER d/b/a ROCKING HORSE COMMUNTIY HEALTH CENTER, | : : : | **AGREED ENTRY OF DISMISSAL** |
| Defendant. | | |

This day came the parties, by counsel, and it appearing that all claims in this action have been settled, all claims, cross-claims, and counterclaims in this matter are hereby dismissed without record and <u>with prejudice</u> to the bringing of a new action. Each party to be responsible for its own court costs.

As agreed to by the parties, this Court shall retain jurisdiction over the settlement agreement or contract entered into by the parties pursuant to *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 114. S. Ct. 1673, 128 L.Ed.2d.391 (1994).

*s/Thomas M. Rose*
_____
JUDGE THOMAS M. ROSE

1

APPROVED:


*/s/ Matthew G. Bruce* (per email authorization – 3/11/2020)
Matthew G. Bruce, Esq. (#0083769)
Evan R. McFarland, Esq. (#0096953)
The Spitz Law Firm, LLC
8354 Princeton-Glendale Rd. / Suite 203
West Chester, OH  45069
(216) 291-4744 x173; Fax: (216) 291-5744
Matthew.Bruce@SpitzLawFirm.com
Evan.McFarland@SpitzLawFirm.com
Attorneys for Plaintiff



*/s/ Eric L. Dauber*
Eric L. Dauber (#0063061)
130 West Second Street / Suite 1850
Dayton, OH  45402
(937) 461-6200; Fax: (937) 461-9338
eric_dauber@staffdefense.com
Attorney for Defendant, Rocking Horse
Children's Health Center d/b/a Rocking
Horse Community Health Center